UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DISABLED PATRIOTS OF AMERICA, INC., et al., | ) ) ) | CASE NO. 1:06CV02882 |
| Plaintiffs | ) ) ) | JUDGE SOLOMON OLIVER, JR. |
| vs. | ) ) ) | JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |
| BOARDWALK PARTNERS, LLC., | ) ) | |
| Defendant | ) | |

The parties stipulate that the claims asserted in this matter have been settled and the case shall be dismissed, with prejudice, with costs to be paid by the Defendants.

IT IS SO ORDERED.

/s/SOLOMON OLIVER, JR.
HON. SOLOMON OLIVER, JR.

s/ *Todd W. Shulby*
Todd W. Shulby (Florida Bar No. 068365)
Todd W. Shulby, P.A.
12555 Orange Drive, Suite 270
Davie, FL 33330-4304
tshulby@comcast.net

Guy M. Shir (Florida Bar No. 0114863)
Kahan, Shir & Associates, P.A.
1800 N.W. Corporate Boulevard, Suite 102
Boca Raton, FL 33431-7336
gshir@kahanshir.com

Counsel for Plaintiffs

s/ *William D. Edwards*
William D. Edwards (0062861)
Michelle R. Arendt (0070013)
ULMER & BERNE LLP
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1448
Telephone: 216.583.7000
Facsimile: 216.583.7001
wdedwards@ulmer.com
marendt@ulmer.com

Counsel for Defendant

CERTIFICATE OF SERVICE

       I hereby certify that on September 17, 2007, the foregoing Joint Stipulation for Dismissal with Prejudice was filed electronically with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court system. Counsel for Plaintiffs are listed as follows:

Guy M. Shir (Florida Bar No. 0114863)
Kahan, Shir & Associates, P.A.
1800 N.W. Corporate Boulevard, Suite 102
Boca Raton, FL 33431-7336
Tel: (561) 999-5999
Fax: (561) 899-0999
gshir@kahanshir.com
Lead Counsel for Plaintiffs

Todd W. Shulby (Florida Bar No. 068365)
Todd W. Shulby, P.A.
12555 Orange Drive, Suite 270
Davie, FL 33330-4304
Tel: (954) 862-1770
Fax: ((954) 862-1769
tshulby@comcast.net
Co-Counsel for Plaintiffs

                                   /s/ *William D. Edwards*
                                   One of the Attorneys for Defendant

1662576v1
32356.00000